**1685** McNAUGHTON vs. McLEAN ET AL., 73 M., 250.

To compel respondent McLean, as financial secretary of the Laboring Men's Building and Saving Association, to transfer to relator certain shares of stock in said association, bid off by him at an execution sale.

Denied January 11, 1889.

Held, that an execution sale made in the evening between 9

and 10 o'clock, and after most of the members of the association interested therein had left the place of sale, is void as to persons having knowledge of the facts.